UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

RITCHIE SMITH,

                              **Plaintiff,**

          v.                                             3:12-CV-1665
                                                               (FJS/ATB)

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security,**

                              **Defendant.**

_____

**APPEARANCES**                                         **OF COUNSEL**

**LACHMAN & GORTON**                    **PETER A. GORTON, ESQ.**
1500 East Main Street
P. O. Box 89
Endicott, New York 13761-0089
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**      **VERNON NORWOOD, ESQ.**
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Baxter's December 20, 2013 Report-Recommendation, in which he recommended that this Court reverse the Commissioner's decision and remand the case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. *See* Dkt. No. 18 at 34. The parties did not file any objections to these recommendations.

      When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v.*

*Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's December 20, 2013 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's December 20, 2013 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Baxter's Report-Recommendation; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED**.

Dated: January 9, 2014
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge